**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Margaret Ann Dykins** : | Case No. 14–10918–TPA |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| Nationstar Mortgage LLC : | |
| *Movant,* : | |
| : | Related to Claim No. 5 |
| v. : | |
| Margaret Ann Dykins and : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

## ORDER

**AND NOW**, this **31st day of August, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Nationstar Mortgage LLC* at Claim No. 5 in the above–captioned bankruptcy case,

It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Margaret Ann Dykins  
       Debtor

Case No. 14-10918-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Aug 31, 2016  
                   Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2016.  
db             +Margaret Ann Dykins,    519 McCalmont Street,    Franklin, PA 16323-2721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2016 at the address(es) listed below:  
      Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      Daniel P. Foster    on behalf of Debtor Margaret Ann Dykins dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
      Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                   TOTAL: 5