**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Margaret Ann Dykins** | : | Case No.: 14-10918 |
| | : | Chapter 13 |
| **Debtor(s).** | : | Judge Thomas P. Agresti |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Kimberly J. Hong (74950)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-020771_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Margaret Ann Dykins** | : | Case No.: 14-10918 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Thomas P. Agresti** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 13, 2016.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Daniel P. Foster, Attorney for Margaret Ann Dykins, Foster Law Offices, PO Box 966, Meadville, PA 16335, dan@mrdebtbuster.com

Service by First-Class Mail:
Margaret Ann Dykins, 519 McCalmont Street, Franklin, PA 16323

Margaret Ann Dykins, 519 McCalmont St, Franklin, PA 16323

EXECUTED ON: September 13, 2016

By:

/s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

16-020771_PS

        94781
        List Bar I.D. and State of Admission