**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | **Bankruptcy No. 14-10918-TPA** |
| **Margaret Ann Dykins,** | : | |
| **Debtor** | : | **Chapter 13** |
| _____ | : | **Docket No.:** |
| **Margaret Ann Dykins** | : | |
| **Movant** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

<u>**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**</u>

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **September 30, 2017,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **October 12, 2017 AT 11:30 AM** in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>September 13, 2017</u>                                    Respectfully submitted,

                                                            */s/ Daniel P. Foster, Esquire*
                                                            Daniel P. Foster
                                                            PA I.D. # 92376
                                                            Foster Law Offices, LLC
                                                            PO Box 966
                                                            Meadville, PA 16335
                                                            Phone: 814.724.1165
                                                            Fax: 814.724.1158
                                                            Email:dan@mrdebtbuster.com
                                                            Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **September 13, 2017**

By: */s/ Amanda A. Klein*
Amanda A. Klein, PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Aes / Keystone Best
1200 North 7th Street
4th Floor
Harrisburg, PA 17102-1419

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

Comenity Bank / Victoria Secret
Po Box 182789
Columbus, OH 43218-2789

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

G M A C
PO Box 380901
Bloomington, MN 55438-0901

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

KML Law Group, PC
BNY Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

(p)AARON S INC
PO BOX 100039
KENNESAW GA 30156-9239

(p)AMERICREDIT FINANCIAL SERVICS DBA GM
FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

Aurora Loan Services
Attn: Bankruptcy Dept.
2617 College Park
Scottsbluff, NE 69361-2294

Cbj Credit Recovery
117 West 4th Street
Jamestown, NY 14701-5005

Community Eye Care Specialists
110 East Columbus Avenue
Corry, PA 16407-1340

Federal Loan Service
PO Box 69184
Harrisburg, PA 17106-9184

GE Capital Retail Bank / Old Navy
Attention: GEMB
Po Box 103104
Roswell, GA 30076-9104

Andrew F Gornall
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

LVNV Funding, LLC its successors and assigns
assignee of Citibank (South Dakota),
N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NATIONSTAR MORTGAGE LLC
Aldridge Pite LLP
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305-1623

Aaron's SALO Lockbox
P.O. Box 102746
Atlanta, GA 30368-2746

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Margaret Ann Dykins
519 McCalmont Street
Franklin, PA 16323-2721

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335-6966

(p)GALAXY FEDERAL CREDIT UNION
1313 LIBERTY STREET
FRANKLIN PA 16323-1528

HSBC Bank
Attn: Bankruptcy
PO Box 5213
Carol Stream, IL 60197-5213

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603-0497

Nationstar Mortgage LCC
ATTN: Bankruptcy Department
PO BOX 630267
Irving, TX 75063-0116