**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 14-10918-TPA |
| **Margaret Ann Dykins,** | : | |
| Debtor | : | Chapter 13 |
| | : | Docket No.: |
| **Margaret Ann Dykins** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the <u>Motion for Approval of Post-Petition Vehicle Financing</u>, filed on September 13, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than September 30, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>October 3, 2017</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: October 3, 2017

*By: /s/ Amanda A. Klein*
Amanda A. Klein, PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Aes / Keystone Best
1200 North 7th Street
4th Floor
Harrisburg, PA 17102-1419

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

American InfoSource LP as agent for Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Aurora Loan Services
Attn: Bankruptcy Dept.
2617 College Park
Scottsbluff, NE 69361-2294

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

Cbj Credit Recovery
117 West 4th Street
Jamestown, NY 14701-5005

Comenity Bank / Victoria Secret
Po Box 182789
Columbus, OH 43218-2789

Community Eye Care Specialists
110 East Columbus Avenue
Corry, PA 16407-1340

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Federal Loan Service
PO Box 69184
Harrisburg, PA 17106-9184

G M A C
PO Box 380901
Bloomington, MN 55438-0901

GE Capital Retail Bank / Old Navy
Attention: GEMB
Po Box 103104
Roswell, GA 30076-9104

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Andrew F Gornall
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

KML Law Group, PC
BNY Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

LVNV Funding, LLC its successors and assigns assignee of Citibank (South Dakota), N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

(p)AARON S INC
PO BOX 100039
KENNESAW GA 30156-9239

NATIONSTAR MORTGAGE LLC
Aldridge Pite LLP
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305-1623

Aaron's SALO Lockbox
P.O. Box 102746
Atlanta, GA 30368-2746

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Margaret Ann Dykins
519 McCalmont Street
Franklin, PA 16323-2721

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335-6966

(p)GALAXY FEDERAL CREDIT UNION
1313 LIBERTY STREET
FRANKLIN PA 16323-1528

HSBC Bank
Attn: Bankruptcy
PO Box 5213
Carol Stream, IL 60197-5213

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603-0497

Nationstar Mortgage LCC
ATTN: Bankruptcy Department
PO BOX 630267
Irving, TX 75063-0116