**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 14-10918-TPA |
| Margaret Ann Dykins, | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Aurora Loan Services, AND, | : | |
| U.S. Department of Education, | : | |
| *Movants*, | : | |
| | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:**      **Aurora Loan Services**
**Incorrect Address:**  **2617 College Park, Scottsbluff, NE 69361-2294**
**Correct Address:**    **P.O. Box 2929, Phoenix, AZ 85062-2929**

**Creditor Name:**      **U.S. Department of Education**
**Incorrect Address:**  **P.O. Box 4222, Iowa City, IA 52244**
**Correct Address:**    **400 Maryland Avenue Southwest, Washington, D.C. 20202**

Respectfully Submitted,

Date: October 6, 2017

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors