**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 14-10918-TPA |
| | : | |
| **Margaret Ann Dykins,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: |
| **Margaret Ann Dykins,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order, Notice of Proposed Modification and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>December 29, 2017</u>

Respectfully submitted,
/s/ Clarissa Bayhurst
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Aes / Keystone Best
1200 North 7th Street
4th Floor
Harrisburg, PA 17102-1419

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

American InfoSource LP as agent for Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Aurora Loan Services
Attn: Bankruptcy Dept.
P.O. Box 2929
Phoenix, AZ 85062-2929

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

Cbj Credit Recovery
117 West 4th Street
Jamestown, NY 14701-5005

Comenity Bank / Victoria Secret
Po Box 182789
Columbus, OH 43218-2789

Community Eye Care Specialists
110 East Columbus Avenue
Corry, PA 16407-1340

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Federal Loan Service
PO Box 69184
Harrisburg, PA 17106-9184

G M A C
PO Box 380901
Bloomington, MN 55438-0901

GE Capital Retail Bank / Old Navy
Attention: GEMB
Po Box 103104
Roswell, GA 30076-9104

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Andrew F Gornall
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

KML Law Group, PC
BNY Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

LVNV Funding, LLC its successors and assigns assignee of Citibank (South Dakota), N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

NATIONSTAR MORTGAGE LLC
Aldridge Pite LLP
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305-1623

(p)AARON S INC
PO BOX 100039
KENNESAW GA 30156-9239

Aaron's SALO Lockbox
P.O. Box 102746
Atlanta, GA 30368-2746

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Margaret Ann Dykins
519 McCalmont Street
Franklin, PA 16323-2721

(p)GALAXY FEDERAL CREDIT UNION
1313 LIBERTY STREET
FRANKLIN PA 16323-1528

HSBC Bank
Attn: Bankruptcy
PO Box 5213
Carol Stream, IL 60197-5213

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603-0497

Nationstar Mortgage LCC
ATTN: Bankruptcy Department
PO BOX 630267
Irving, TX 75063-0116

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PA SCDU
PO Box 69110
Harrisburg, PA 17106-9110

PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

US Department Of Education
400 Maryland Avenue Southwest
Washington, D.C 20202-0001

Verizon Pennsylvania
Attn: Bankruptcy
3900 Washington Street
Floor 1
Wilmington, DE 19802-2126

PHEAA / HCB
Aes / Ddb
Po Box 8183
Harrisburg, PA 17105-8183

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Karina Velter
Manley Deas Kochalski, LLC
P.O. Box 165028
Columbus, OH 43216-5028

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Sears / Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Venango County DRS
1174 Elk Street
# 324
Franklin, PA 16323-1279

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702