**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|   |   |   |
|---|---|---|
| Margaret Ann Dykins, | : | Bankruptcy No: 14-10918-TPA |
| *Debtor*, | : | Chapter 13 |
|  | : |  |
| vs. | : |  |
|  | : | DOCKET NO.: |
|  | : |  |
| Aurora Loan Services, | : |  |
| *Movant*, | : |  |
|  | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Aurora Loan Services**
**Incorrect Address:**   **P.O. Box 2929, Phoenix, AZ 85062-2929**
**Correct Address:**    **10350 Park Meadows Drive, Littleton, CO 80124**

Respectfully Submitted,

Date:  February 2, 2018

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors