IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-10918-TPA |
| | : | |
| Margaret Ann Dykins, | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. ___ |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that Dale Woodard Gent Law Firm hereby enters its appearance on behalf of Galaxy Federal Credit Union in the above-captioned proceedings, and requests that its name be added to the mailing list maintained by the Clerk for the above-captioned case. Request is also hereby made that all notices given or required to be given in this case by the Clerk or any other person or entity, and all papers served or required to be served in this case by the Clerk or any other person or entity, be given to and served upon:

    James M. Greenfield, Esquire
    Dale Woodard Gent Law Firm
    1030 Liberty Street
    Franklin, Pennsylvania 16323

Please take further notice that the foregoing request includes, inter alia, the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

On March 1, 2018, a true and correct copy of the within Notice was sent to each of the persons and entities set forth on Exhibit "A" attached hereto by first-class United States mail, postage prepaid, properly enveloped and addressed to each of the same at their respective addresses therein set forth.

Dated: March 1, 2018

                        DALE WOODARD GENT MCFATE LAW FIRM

                        By  /s/James M. Greenfield
                            James M. Greenfield
                            Pa. Supreme Court I.D. No. 25920
                            1030 Liberty Street
                            Franklin, PA  16323
                            Phone: (814) 432-2181
                            greenfield@dwgmlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-10918-TPA |
| | : | |
| Margaret Ann Dykins, | : | Chapter 13 |
|     Debtor | : | |
| | : | |

## DECLARATION IN LIEU OF AFFIDAVIT
**Regarding Request to be Added to the Mailing Matrix**

    The undersigned is one of the attorneys for Galaxy Federal Credit Union (a) creditor(s) in the above-captioned bankruptcy case, and I am authorized by said creditor(s) to make the accompanying request for notices.  The new address should be used instead of the existing address and should be added to the matrix.  I have reviewed the mailing matrix on file in this case, and I hereby certify that the request for notices being filed herewith replaces said creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor(s), and:

  __X__    That there are no other requests to receive notices on behalf of said creditor(s), or

  ____    That the following prior request(s) for notice by or on behalf of said creditor(s) shall be deleted from the matrix:

      _____
      Creditor's Name

      _____
      Creditor's Address

      _____
      City, State and Zip

    I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on March 1, 2018

                                DALE WOODARD GENT MCFATE LAW FIRM

                                By  /s/James M. Greenfield
                                     James M. Greenfield, Esquire
                                     Pa. Supreme Court I.D. No. 25920
                                     1030 Liberty Street
                                     Franklin, PA 16323
                                     Phone: (814) 432-2181
                                     greenfield@dwgmlaw.com

Exhibit "A"

Daniel P. Foster, Esquire
P. O. Box 966
Meadville, PA   16335


Ronda J. Winnecour
Chapter 13 Trustee
3250 U. S. Steel Tower
600 Grant Street
Pittsburgh, PA   15219


Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA   15222