FILED
5/21/18 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MARGARET ANN DYKINS | : | Case No. 14-10918-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| MARGARET ANN DYKINS | : | Related to Document No. 86 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC | : | |
| and RONDA J. WINNECOUR, ESQ., | : | |
| TRUSTEE | : | |
| *Respondent(s)* | : | Hearing: May 30, 2018 at 11:00 A.M. |

## **ORDER**

On May 18, 2018, the Debtor filed a ***Motion for Status Conference*** at Document No. 86 ("Motion"), indicating an unresolved issue regarding an unpaid insurance check with Nationstar Mortgage, LLC and/or lack of good faith/due diligence by the Respondent. Therefore,

*AND NOW*, this **21st** day of ***May, 2018,*** it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1)    ***Nationstar Mortgage, LLC,*** as well as ***Karina Velter, Esq.*** shall ***personally*** appear at a ***Status Conference*** scheduled on ***May 30, 2018 at 11:00 A.M.*** in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

1

(2) The Court requires Counsel appearing for the Respondent, or in addition to Counsel or anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the unresolved issue regarding an unpaid insurance check.

(3) The Movant shall personally assure that Respondent receives notice and immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

    Attorney to serve:
    Karine Velter, Esq., Manley, Deas, Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028. Email: kvelter@manleydeas.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 14-10918-TPA
Margaret Ann Dykins                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil                  Page 1 of 1              Date Rcvd: May 21, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db             +Margaret Ann Dykins,    519 McCalmont Street,    Franklin, PA 16323-2721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              Daniel P. Foster     on behalf of Debtor Margaret Ann Dykins dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James M. Greenfield    on behalf of Creditor    Galaxy Federal Credit Union
               greenfieldlaw@dalewoodardgent.com
              Karina Velter     on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7