# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 14-10918-TPA |
| **MARGARET ANN DYKINS** | : | |
| | : | Chapter No. 13 |
| Debtor | : | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 519 MCCALMONT STREET, FRANKLIN, PA 16323-2721 with the mortgage recorded on July 5, 2006 Instrument Number 2006-004569 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien.

August 30, 2019

                                              /s/ Thomas Song, Esquire
                                              Thomas Song, Esq., Id. No.89834
                                              Phelan Hallinan Diamond & Jones, LLP
                                              Omni William Penn Office Tower
                                              555 Grant Street, Suite 300
                                              Pittsburgh, PA 15219
                                              Phone Number: 215-563-7000 Ext 31387
                                              Fax Number: 215-568-7616
                                              Email: Thomas.Song@phelanhallinan.com