**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 14-10918-TPA |
| | : | |
| **Margaret Ann Dykins,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Margaret Ann Dykins,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 99 |
| | : | |
| vs. | : | |
| | : | |
| Centers for Rehab Services, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: September 20, 2019 | By: /s/ Clarissa Bayhurst |
| | CLARISSA BAYHURST, PARALEGAL |
| | FOSTER LAW OFFICES |
| | Po Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

\*Parties served by the court electronically were not served by regular mail

## MATRIX

**CENTERS FOR REHAB SERVICES**
**200 LOTHROP STREET**
**PITTSBURGH PA 15251**