Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Margaret Ann Dykins** | Case No. 14−10918−TPA |
| *Debtor(s)* | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| v. | Related to Document No. 104 |
| **No Respondents** | |
| *Respondent(s).* | Hearing Date: 1/8/20 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 25th of October, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 104 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before December 9, 2019*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *January 8, 2020 at 12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 14-10918-TPA
Margaret Ann Dykins                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar                  Page 1 of 2               Date Rcvd: Oct 25, 2019
                              Form ID: 300b               Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.
```
db             +Margaret Ann Dykins,    519 McCalmont Street,    Franklin, PA 16323-2721
cr             +NATIONSTAR MORTGAGE LLC,    Aldridge Pite LLP,    3575 Piedmont Road, N.E.,    Suite 500,
                 Atlanta, GA 30305-1623
13909710       +Aaron Sales & Lease Own,    Attn: Bankruptcy,    2800 Canton Road,    Marietta, GA 30066-5471
13927995       +Aaron's SALO Lockbox,    P.O. Box 102746,    Atlanta, GA 30368-2746
13909711       +Aes / Keystone Best,    1200 North 7th Street,    4th Floor,    Harrisburg, PA 17102-1419
13909712       +Aurora Loan Services,    Attn: Bankruptcy Dept.,    10350 Park Meadows Drive,
                 Littleton, CO 80124-6800
13909713      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
13909716      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, NA,     Attn: Centralized Bankruptcy,    PO Box 20507,
                 Kansas City, MO 64195)
13909718       +Community Eye Care Specialists,    110 East Columbus Avenue,    Corry, PA 16407-1340
13979559        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13909719       +Federal Loan Service,    PO Box 69184,    Harrisburg, PA 17106-9184
13909724       +HSBC Bank,    Attn: Bankruptcy,    PO Box 5213,    Carol Stream, IL 60197-5213
13909725       +KML Law Group, PC,    BNY Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13909728      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy,    350 Highland Drive,
                 Lewisville, TX 75067)
13935425       +Nationstar Mortgage LCC,    ATTN: Bankruptcy Department,    PO BOX 630267,
                 Irving, TX 75063-0116
13921549       +PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
13928798       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13909729       +PHEAA / HCB,    Aes / Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13909731       +Sears / Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13909732       +US Department Of Education,    400 Maryland Avenue Southwest,    Washington, D.C. 20202-0001
13921550       +Venango County DRS,    1174 Elk Street,    # 324,    Franklin, PA 16323-1279
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: lalusher@galaxyfcu.com Oct 26 2019 03:27:25      Galaxy Federal Credit Union,
                 Linda Lusher,    1313 LIBERTY AVENUE,    Franklin, PA 16323-1528
13911724        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 26 2019 03:25:54
                 AmeriCredit Financial Services, Inc.,     P O Box 183853,    Arlington, TX 76096
13918086       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 26 2019 03:25:54
                 AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
13951769        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2019 03:34:21
                 American InfoSource LP as agent for,     Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13909714       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 03:33:59      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13909715       +E-mail/Text: matthartweg@cbjcredit.com Oct 26 2019 03:27:54      Cbj Credit Recovery,
                 117 West 4th Street,    Jamestown, NY 14701-5005
13909717       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:26:03
                 Comenity Bank / Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
13909720       +E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2019 03:25:36      G M A C,    PO Box 380901,
                 Bloomington, MN 55438-0901
13909721        E-mail/Text: lalusher@galaxyfcu.com Oct 26 2019 03:27:25      Galaxy Federal Credit Union,
                 300 3rd Street,    Franklin, PA 16323
13909722       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:35:19      GE Capital Retail Bank / Old Navy,
                 Attention: GEMB,    Po Box 103104,    Roswell, GA 30076-9104
13909723       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 26 2019 03:25:54      Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
13979367        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2019 03:33:09
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13909726       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2019 03:34:18      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13909727       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2019 03:26:44      Midland Funding LLC,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13909730        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:35:35
                 Portfolio Recovery Associates,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13927992        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:16
                 Quantum3 Group LLC as agent for,     Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13909733       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 26 2019 03:25:23
                 Verizon Pennsylvania,    Attn: Bankruptcy,    3900 Washington Street,    Floor 1,
                 Wilmington, DE 19802-2126
                                                                                               TOTAL: 17
```

```
District/off: 0315-1                User: lmar                   Page 2 of 2                    Date Rcvd: Oct 25, 2019
                                    Form ID: 300b                Total Noticed: 38
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              Nationstar Mortgage LLC D/B/A MR. Cooper
13911725        Filed claim #2 imported confirmation to Tools
cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
                                                                                    TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Debtor Margaret Ann Dykins dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James M. Greenfield    on behalf of Creditor    Galaxy Federal Credit Union
               greenfieldlaw@dalewoodardgent.com
              Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage LLC D/B/A MR. Cooper pawb@fedphe.com
              Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    Nationstar Mortgage LLC D/B/A MR. Cooper pawb@fedphe.com
                                                                                                   TOTAL: 10
```