**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Margaret Ann Dykins** | Social Security number or ITIN **xxx–xx–7472** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–10918–TPA**

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Margaret Ann Dykins

12/20/19                                              **By the court:**   <u>Thomas P. Agresti</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 14-10918-TPA
Margaret Ann Dykins                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1         User: dpas                Page 1 of 2         Date Rcvd: Dec 20, 2019
                             Form ID: 3180W            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db             +Margaret Ann Dykins,    519 McCalmont Street,    Franklin, PA 16323-2721
cr             +NATIONSTAR MORTGAGE LLC,    Aldridge Pite LLP,    3575 Piedmont Road, N.E.,    Suite 500,
                 Atlanta, GA 30305-1623
13909710       +Aaron Sales & Lease Own,    Attn: Bankruptcy,    2800 Canton Road,    Marietta, GA 30066-5471
13909711       +Aes / Keystone Best,    1200 North 7th Street,    4th Floor,    Harrisburg, PA 17102-1419
13909712       +Aurora Loan Services,    Attn: Bankruptcy Dept.,    10350 Park Meadows Drive,
                 Littleton, CO 80124-6800
13909718       +Community Eye Care Specialists,    110 East Columbus Avenue,    Corry, PA 16407-1340
13909719       +Federal Loan Service,    PO Box 69184,    Harrisburg, PA 17106-9184
13909725       +KML Law Group, PC,    BNY Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13909728      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Drive,
                 Lewisville, TX 75067)
13935425       +Nationstar Mortgage LCC,    ATTN: Bankruptcy Department,    PO BOX 630267,
                 Irving, TX 75063-0116
13921549       +PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
13928798       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13909729       +PHEAA / HCB,    Aes / Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13909732       +US Department Of Education,    400 Maryland Avenue Southwest,    Washington, D.C. 20202-0001
13921550       +Venango County DRS,    1174 Elk Street,    # 324,    Franklin, PA 16323-1279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2019 03:06:43      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: lalusher@galaxyfcu.com Dec 21 2019 03:07:12      Galaxy Federal Credit Union,
                 Linda Lusher,    1313 LIBERTY AVENUE,    Franklin, PA 16323-1528
13911724        EDI: PHINAMERI.COM Dec 21 2019 07:48:00      AmeriCredit Financial Services, Inc.,
                 P O Box 183853,    Arlington, TX 76096
13927995       +EDI: AAEO.COM Dec 21 2019 07:48:00      Aaron's SALO Lockbox,    P.O. Box 102746,
                 Atlanta, GA 30368-2746
13918086       +EDI: PHINAMERI.COM Dec 21 2019 07:48:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 P O Box 183853,    Arlington, TX 76096-3853
13951769        EDI: AIS.COM Dec 21 2019 07:48:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
13909713        EDI: BANKAMER.COM Dec 21 2019 07:48:00      Bank Of America,    Po Box 982235,
                 El Paso, TX 79998
13909716        EDI: CITICORP.COM Dec 21 2019 07:48:00      Citibank Sd, NA,    Attn: Centralized Bankruptcy,
                 PO Box 20507,    Kansas City, MO 64195
13909714       +EDI: CAPITALONE.COM Dec 21 2019 07:48:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
13909715       +E-mail/Text: matthartweg@cbjcredit.com Dec 21 2019 03:07:30      Cbj Credit Recovery,
                 117 West 4th Street,    Jamestown, NY 14701-5005
13909717       +EDI: WFNNB.COM Dec 21 2019 07:48:00      Comenity Bank / Victoria Secret,    Po Box 182789,
                 Columbus, OH 43218-2789
13979559        EDI: ECMC.COM Dec 21 2019 07:48:00      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13909720       +EDI: GMACFS.COM Dec 21 2019 07:48:00      G M A C,    PO Box 380901,    Bloomington, MN 55438-0901
13909721        E-mail/Text: lalusher@galaxyfcu.com Dec 21 2019 03:07:12      Galaxy Federal Credit Union,
                 300 3rd Street,    Franklin, PA 16323
13909722       +EDI: RMSC.COM Dec 21 2019 07:48:00      GE Capital Retail Bank / Old Navy,    Attention: GEMB,
                 Po Box 103104,    Roswell, GA 30076-9104
13909723       +EDI: PHINAMERI.COM Dec 21 2019 07:48:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
13909724       +EDI: HFC.COM Dec 21 2019 07:48:00      HSBC Bank,    Attn: Bankruptcy,    PO Box 5213,
                 Carol Stream, IL 60197-5213
13979367        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:14:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13909726       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:13:58      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13909727       +EDI: MID8.COM Dec 21 2019 07:48:00      Midland Funding LLC,    8875 Aero Drive,    Suite 200,
                 San Diego, CA 92123-2255
13909730        EDI: PRA.COM Dec 21 2019 07:48:00      Portfolio Recovery Associates,    Attn: Bankruptcy,
                 Po Box 41067,    Norfolk, VA 23541
13927992        EDI: Q3G.COM Dec 21 2019 07:48:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
13909731       +EDI: SEARS.COM Dec 21 2019 07:48:00      Sears / Cbna,    Po Box 6282,
                 Sioux Falls, SD 57117-6282
13909733       +EDI: VERIZONCOMB.COM Dec 21 2019 07:48:00      Verizon Pennsylvania,    Attn: Bankruptcy,
                 3900 Washington Street,    Floor 1,    Wilmington, DE 19802-2126
                                                                                              TOTAL: 24
```

```
District/off: 0315-1          User: dpas                Page 2 of 2                Date Rcvd: Dec 20, 2019
                              Form ID: 3180W            Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              Nationstar Mortgage LLC D/B/A MR. Cooper
13911725        Filed claim #2 imported confirmation to Tools
cr*            +Americredit Financial Services, Inc. dba GM Financ,     PO Box 183853,     Arlington, TX 76096-3853
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
                                                                                     TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Debtor Margaret Ann Dykins dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James M. Greenfield    on behalf of Creditor    Galaxy Federal Credit Union
               greenfieldlaw@dalewoodardgent.com
              Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage LLC D/B/A MR. Cooper pawb@fedphe.com
              Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    Nationstar Mortgage LLC D/B/A MR. Cooper pawb@fedphe.com
                                                                                             TOTAL: 10
```