FILED
12/20/19 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARGARET ANN DYKINS

       Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:14-10918 TPA

Chapter 13

Document No. 104

ORDER OF COURT

AND NOW, this 20th day of December, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**vas**

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 14-10918-TPA
Margaret Ann Dykins                                                         Chapter 13
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: dpas              Page 1 of 2              Date Rcvd: Dec 20, 2019
                            Form ID: pdf900          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
```
db            +Margaret Ann Dykins,   519 McCalmont Street,   Franklin, PA 16323-2721
cr            +NATIONSTAR MORTGAGE LLC,   Aldridge Pite LLP,   3575 Piedmont Road, N.E.,   Suite 500,
               Atlanta, GA 30305-1623
13909710      +Aaron Sales & Lease Own.,   Attn: Bankruptcy,   2800 Canton Road,   Marietta, GA 30066-5471
13927995      +Aaron's SALO Lockbox,   P.O. Box 102746,   Atlanta, GA 30368-2746
13909711      +Aes / Keystone Best,   1200 North 7th Street,   4th Floor,   Harrisburg, PA 17102-1419
13909712      +Aurora Loan Services,   Attn: Bankruptcy Dept.,   10350 Park Meadows Drive,
               Littleton, CO 80124-6800
13909713     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
13909716     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, NA,   Attn: Centralized Bankruptcy,   PO Box 20507,
               Kansas City, MO 64195)
13909718      +Community Eye Care Specialists,   110 East Columbus Avenue,   Corry, PA 16407-1340
13979559       ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13909719      +Federal Loan Service,   PO Box 69184,   Harrisburg, PA 17106-9184
13909724      +HSBC Bank,   Attn: Bankruptcy,   PO Box 5213,   Carol Stream, IL 60197-5213
13909725      +KML Law Group, PC,   BNY Independence Center,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
13909728     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Drive,
               Lewisville, TX 75067)
13935425      +Nationstar Mortgage LCC,   ATTN: Bankruptcy Department,   PO BOX 630267,
               Irving, TX 75063-0116
13921549      +PA SCDU,   PO Box 69110,   Harrisburg, PA 17106-9110
13928798      +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
13909726      +PHEAA / HCB,   Aes / Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
13909731      +Sears / Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13909732      +US Department of Education,   400 Maryland Avenue Southwest,   Washington, D.C. 20202-0001
13921550      +Venango County DRS,   1174 Elk Street,   # 324,   Franklin, PA 16323-1279
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: lalusher@galaxyfcu.com Dec 21 2019 03:07:12   Galaxy Federal Credit Union,
               Linda Lusher,   1313 LIBERTY AVENUE,   Franklin, PA 16323-1528
13911724       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 21 2019 03:06:19
               AmeriCredit Financial Services, Inc.,   P O Box 183853,   Arlington, TX 76096
13918086       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 21 2019 03:06:19
               AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
13951769       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2019 03:25:45
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
13909714       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2019 03:15:05   Capital One,
               Po Box 30253,   Salt Lake City, UT 84130-0253
13909715       E-mail/Text: matthartwe@cbjcredit.com Dec 21 2019 03:07:30   Cbj Credit Recovery,
               117 West 4th Street,   Jamestown, NY 14701-5005
13909717       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2019 03:06:29
               Comenity Bank / Victoria Secret,   Po Box 182789,   Columbus, OH 43218-2789
13909720       E-mail/Text: ally@ebn.phinsolutions.com Dec 21 2019 03:06:06   G M A C,   PO Box 380901,
               Bloomington, MN 55438-0901
13909721       E-mail/Text: lalusher@galaxyfcu.com Dec 21 2019 03:07:12   Galaxy Federal Credit Union,
               300 3rd Street,   Franklin, PA 16323
13909722       E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 03:13:42   GE Capital Retail Bank / Old Navy,
               Attention: GEMB,   Po Box 103104,   Roswell, GA 30076-9104
13909723       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 21 2019 03:06:19   Gm Financial,
               Po Box 181145,   Arlington, TX 76096-1145
13979367       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:14:41
               LVNV Funding, LLC its successors and assigns as,   assignee of Citibank (South Dakota),,
               N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13909726       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:14:01   Lvnv Funding Llc,
               Po Box 10497,   Greenville, SC 29603-0497
13909727       E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2019 03:06:49   Midland Funding LLC,
               8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13909730       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2019 03:13:49
               Portfolio Recovery Associates,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13927992       E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2019 03:06:34
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13909733      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2019 03:06:02
               Verizon Pennsylvania,   Attn: Bankruptcy,   3900 Washington Street,   Floor 1,
               Wilmington, DE 19802-2126
```
                                                                                    TOTAL: 17

```
District/off: 0315-1          User: dpas              Page 2 of 2              Date Rcvd: Dec 20, 2019
                             Form ID: pdf900          Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              Nationstar Mortgage LLC D/B/A MR. Cooper
13911725        Filed claim #2 imported confirmation to Tools
cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
                                                                     TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
         Daniel P. Foster    on behalf of Debtor Margaret Ann Dykins dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         James M. Greenfield    on behalf of Creditor    Galaxy Federal Credit Union
          greenfieldlaw@dalewoodardgent.com
         Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage LLC D/B/A MR. Cooper pawb@fedphe.com
         Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
         Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas  Song    on behalf of Creditor    Nationstar Mortgage LLC D/B/A MR. Cooper pawb@fedphe.com
                                                                     TOTAL: 10
```